IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02069-AP

BILL PEIRCE

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
---

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Lane N. Cohen #35558, Esq.
Irwin & Boesen, P.C.
4100 E. Mississippi Avenue, 19th Floor
Denver, Colorado
lcohen@coloradolawyers.com
Tel: 303-320-1911
Fax: 303-320-1915

For Defendant:
JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
303-454-0184
kevin.traskos@usdoj.gov

STEPHANIE LYNN F. KILEY
Special Assistant United States Attorney
Office of the General Counsel,
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-0815
Stephanie.Kiley@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** August 26, 2010

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** August 27, 2010

    C.    **Date Answer and Administrative Record Were Filed:** October 26, 2010

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** To the best of his knowledge, the record is complete.
**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** None anticipated.
**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS

    None.

## 8. BRIEFING SCHEDULE

|   |   |   |
|---|---|---|
| A. | **Plaintiffs Opening Brief Due:** | December 10, 2010 |
| B. | **Defendant's Response Brief Due:** | January 3, 2011 |
| C. | **Plaintiffs Reply Brief (If Any) Due:** | January 10, 2011 |

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiffs Statement:**  Plaintiff does not request oral argument.

   B.   **Defendant's Statement:**   Defendant does not request oral argument

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 8th day of November, 2010.

                                        BY THE COURT:

                                        *s/John L. Kane*_____
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| */s/Lane N. Cohen, Esq.*<br>Lane N. Cohen #35558, Esq.<br>Irwin & Boesen, P.C.<br>4100 E. Mississippi Avenue, 19th Floor<br>Denver, Colorado<br>Tel: 303-320-1911<br>lcohen@coloradolawyers.com<br><br>Attorney for Plaintiff | JOHN F. WALSH<br>    United States Attorney<br>     KEVIN TRASKOS<br>     Civil Division<br>     United States Attorney's Office<br>     District of Colorado<br>     Kevin.Traskos@usdoj.gov<br>By: s/<br>    Stephanie F. Kiley<br>    Special Assistant United States Attorney<br>    1001 Seventeenth Street<br>    Denver, Colorado  80202<br>    Telephone:  (303) 844-0815<br>    Stephanie.Kiley@ssa.gov<br><br>    Attorneys for Defendant. |